IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOWARD JOE SMITH, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| RHONDA G. PAYNE, | : | CIVIL ACTION NO. |
| Defendant. | : | 1:13-CV-0639-TWT-JFK |

**MAGISTRATE JUDGE'S FINAL
REPORT AND RECOMMENDATION**

Plaintiff filed this action against Rhonda G. Payne. (Doc. 1). The matter is now before the Court on Plaintiff's motion to dismiss, in which he states that he wishes to release Rhonda G. Payne from this action. (Doc. 4).

It is recommended that the motion be granted. Federal Rules allow plaintiffs, before service on the adverse party, to dismiss their actions without prejudice. Fed. R. Civ. P. 41(a). Here, the only defendant has not been served, and Plaintiff is entitled to the dismissal of his action.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's motion to dismiss, (Doc. 4), be **GRANTED** and that this action be **DISMISSED** without prejudice.

AO 72A
(Rev.8/82)

The Clerk of Court is **DIRECTED** to withdraw the referral to the Magistrate Judge.

**IT IS SO ORDERED and DIRECTED**, this 4th day of April, 2013.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE