IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HOWARD JOE SMITH,

   Petitioner,

    v.

RHONDA G. PAYNE,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-639-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending granting the Plaintiff's Motion to Dismiss [Doc. 4]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Dismiss [Doc. 4] is GRANTED.

SO ORDERED, this 10 day of May, 2013.

       /s/Thomas W. Thrash
       THOMAS W. THRASH, JR.
       United States District Judge